# EXHIBIT "C"

The Commonwealth of Massachusetts, William Francis Galvin
# Corporations Division
One Ashburton Place - Floor 17, Boston MA 02108-1512   |   Phone: 617-727-9640

## Annual Report

(General Laws, Chapter 156C, Section 48)                                      Filing Fee: $500.00

| | |
|---|---|
| Identification Number: | 001560280 |

Annual Report Filing Year: 2024

1.a. Exact name of the limited liability company: OPENLY LLC

1.b. If different, the name under which it does business in the Commonwealth:

2. The Limited Liability Company is organized under the laws of:

State: DE  Country: UNITED STATES

The date of its organization is:

08/15/2017

3. The general character of business, and if the limited liability company is organized to render professional service, the service to be rendered:

INSURANCE MANAGING GENERAL AGENCY

4. Location of its principal office:

Number and street:   131 DARTMOUTH ST., 3RD FLOOR

Address 2:

City or town: BOSTON         State: MA         Zip code: 02116

Country: UNITED STATES

5. The business address of its principal office in the Commonwealth, if any:

Number and street:

Address 2:

City or town:                   State: MA         Zip code:

Country: UNITED STATES

| 6. The name and business address of each manager, if any: | | |
| --- | --- | --- |
| Title | Name | Address |
| MANAGER | ADRIEL NUNES | 131 DARTMOUTH ST., 3RD FLOOR BOSTON, MA 02116 USA |
| MANAGER | TYREE HARRIS | 131 DARTMOUTH ST., 3RD FLOOR BOSTON, MA 02116 USA |
| MANAGER | ROBERT HIGGINS | 131 DARTMOUTH ST., 3RD FLOOR BOSTON, MA 02116 USA |

7. The name and business address of the person(s) authorized to execute, acknowledge, deliver and record any recordable instrument purporting to affect an interest in real property:

| Title | Name | Address |
| --- | --- | --- |
| REAL PROPERTY | ADRIEL NUNES | 131 DARTMOUTH ST., 3RD FLOOR BOSTON, MA 02116 USA |

8. Name and address of the Resident Agent:

Agent name: C T CORPORATION SYSTEM

Number and street: 155 FEDERAL STREET, SUITE 700

Address 2:

City or town: BOSTON    State: MA    Zip code: 02110

9. If the foreign limited liability company has a specific date of dissolution, the latest date on which the limited liability company is to dissolve: (mm/dd/yyyy)

10. Additional matters:

SIGNED UNDER THE PENALTIES OF PERJURY, this 3 Day of January, 2024,

TRUMAN LOUIS TOWNZEN

, Signature of Authorized Signatory.

THE COMMONWEALTH OF MASSACHUSETTS

I hereby certify that, upon examination of this document, duly submitted to me, it appears that the provisions of the General Laws relative to corporations have been complied with, and I hereby approve said articles; and the filing fee having been paid, said articles are deemed to have been filed with me on:

January 03, 2024 12:00 PM

WILLIAM FRANCIS GALVIN

*Secretary of the Commonwealth*